UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRILOKPATI, LLC d/b/a QUALITY INN, | ) | Case No. 4:25cv 4181 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| SHIFT4 PAYMENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Shift4 Payments, LLC ("Defendant" or "Shift4"), by and through its undersigned attorneys, respectfully removes the above-captioned case to the United States District Court for the District of South Dakota, Southern Division, and states as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to remove the action currently pending in the Circuit Court of the Third Judicial Circuit in the State of South Dakota, County of Beadle ("Circuit Court") under Case No. 02CIV25-000178 ("State Court Action") to the United States District Court for the District of South Dakota, Southern Division.

**PROCEDURAL HISTORY AND BACKGROUND**

2. On or about July 16, 2025, Plaintiff Trilokpati, LLC d/b/a Quality Inn ("Plaintiff") filed a Complaint in the State Court Action against Defendant.

3. Service of the Summons and Complaint for the State Court Action was effectuated on August 18, 2025. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of the Summons and Complaint filed by Plaintiff are attached as **Exhibit A**.

4. A true and accurate copy of the Admission of Service[1] is attached as **Exhibit B**.

---

[1] The Admission of Service was executed on August 19, 2025, but counsel had previously agreed to treat August 18, 2025 as the effective date of formal service.

5. As of this date, Defendant has not filed a responsive pleading in the State Court Action. The Summons and Complaint are the only pleadings which Plaintiff has served upon Defendant. Further, no motions have been filed, and no other orders have been entered in the State Court Action.

**GROUNDS FOR REMOVAL**

6. The State Court Action is a civil action over which the United States District Court for the District of South Dakota has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) (diversity of citizenship in civil actions where the matter in controversy exceeds $75,000) and is removable to this Court pursuant to 28 U.S.C. § 1441.

7. A limited liability company's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members. *OnePoint Sols., LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) (citing *GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc.,* 357 F.3d 827, 829 (8th Cir.2004)).

8. Per the Complaint, Plaintiff is a South Dakota limited liability company with its principal place of business in Huron, Beadle County, South Dakota. (*See* Compl. at ¶ 1). Upon information and belief, Akash Chaudhari is the sole member of Plaintiff and resides in South Dakota. Defendant is not aware of any other members of Plaintiff after a diligent inquiry. As such, Plaintiff is a citizen of South Dakota for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

9. Defendant is a Delaware limited liability company with a principal place of business located in Center Valley, Pennsylvania. (*See* Compl. at ¶ 2). The members of Defendant are as follows:

    a. Shift4 Payments, Inc., a Delaware Corporation with a principal place of business in Center Valley, Pennsylvania;

      b.      Rook Holdings Inc., a Delaware Corporation with a principal place of business in Center Valley, Pennsylvania; and

      c.      Rook SPV 3, LLC, a Delaware limited liability company with a principal place of business in Center Valley, Pennsylvania.

None of Defendant's members are citizens of South Dakota.

10. Pursuant to 28 U.S.C. § 1332(a)(1), diversity jurisdiction is proper here because there is complete diversity between Plaintiff and Defendant. The citizenship of the parties was as stated above when Plaintiff filed the State Court Action and has not changed.

11. Further, the amount in controversy in this matter exceeds $75,000, thereby satisfying the requirement of 28 U.S.C. § 1332(a) in that regard.

12. Specifically, Plaintiff claims at least $265,661.28 in damages arising from an alleged breach of contract, among other claims. (*See* Compl. at ¶¶ 16-21).

13. As such, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because, as set forth above, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, and this Court is the district and division "embracing the place where [the State Court Action] is pending." 28 U.S.C. § 1441(a).

## PROCEDURAL REQUIREMENTS FOR REMOVAL

14. Pursuant to 28 U.S.C. § 1446(b), a defendant has thirty days from the date of service to remove a case to federal court. The time for removal does not begin to run until the date of "formal service." *Murphy Bros., Inc. v. Michetti Pip Stringing, Inc.*, 526 U.S. 344, 347-48 (1999); *see also Monsanto Co. v. Magnetek, Inc.*, 126 F.4th 1324, 1327-28 (8th Cir. 2025) (holding notice of removal was timely when filed within 30 days from effective service date agreed to in acceptance of service signed by defendant).

15.     Defendant was formally served with the Summons and Complaint on August 18, 2025. Defendant is filing this Notice of Removal within 30 days from the date of formal service. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

16.     Venue is proper in this Court, for removal purposes only, pursuant to 28 U.S.C. §1446(a), because this case was pending in the Circuit Court of the Third Judicial Circuit in the State of South Dakota, County of Beadle, and this Court is "the district court of the United States for the district and division embracing the place where the action is pending." 28 U.S.C. § 1441(a).

17.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being provided to Plaintiff by serving a copy upon its attorney by email. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Third Judicial Circuit in the State of South Dakota, County of Beadle by electronic filing.

18.     Accordingly, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of the State Court Action to this Court is appropriate.

19.     In filing this Notice of Removal, Defendant reserves its right to present and rely upon all defenses to which it may be entitled, procedural or substantive.

Dated this 16th day of September, 2025.

> GUNDERSON, PALMER, NELSON
> & ASHMORE, LLP
>
> By /s/ *Sara Frankenstein*
>     Sara Frankenstein
>     506 Sixth Street
>     P.O. Box 8045
>     Rapid City, SD  57709-8045
>     Phone: (605) 342-1078
>     sfrankenstein@gpna.com
>
> *Attorneys for Defendant Shift4 Payments, LLC*

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Trilokpati, LLC d/b/a Quality Inn,

### DEFENDANTS
Shift4 Payments, LLC

**(b)** County of Residence of First Listed Plaintiff: **Beadle**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Pennsylvania**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew S. Hurd, Cadwell Sanford Deibert & Garry, LLP, 200 E. 10th St., Ste. 200, Sioux Falls, SD 57104 (605) 336-0828

Attorneys *(If Known)*
Sara Frankenstein, Gunderson, Palmer, Nelson & Ashmore, LLP, 506 Sixth Street, PO Box 8045, Rapid City, SD 57709 (605) 342-1078

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1332, 1441, and 1446

Brief description of cause:
Cause of actions in complaint are breach of contract, negligence, conversion, unjust enrichment, promissory estoppel

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 265,661.28
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: Sept. 16, 2025
SIGNATURE OF ATTORNEY OF RECORD: *Sara Frankenstein*

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE