**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRILOKPATI, LLC,<br>Plaintiff,<br><br>v.<br><br>SHIFT4 PAYMENTS, LLC, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-00963-JMG |
| SHIFT4 PAYMENTS, LLC,<br>Third-Party Plaintiff,<br><br>v.<br><br>CARD PAYMENT SOLUTIONS, LLC, *et al.*,<br>Third-Party Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

**ORDER**

**AND NOW**, this 16th day of November, 2026, upon consideration of Third-Party Defendant Card Payment Solutions, LLC's Motion to Dismiss Amended Third-Party Complaint (ECF No. 60), First Data Merchant Services LLC's Uncontested Motion to Join Card Payment Solutions, LLC's Motion to Dismiss Amended Third-Party Complaint (ECF No. 67), Memorandum of Law in Support of Defendant Shift4 Payments, LLC's Opposition to Third-Party Defendants Card Payment Solutions, LLC's and First Data Merchant Services LLC's Motions to Dismiss Amended Third-Party Complaint (ECF No. 71), Third-Party Defendant Card Payment Solutions, LLC's Reply in Support of its Motion to Dismiss Amended Third-Party Complaint (ECF No. 77), Plaintiff Trilokpati, LLC's Supplemental Brief in Response to the Court's October 20, 2026 Order (ECF No. 86), Third-Party Defendant Card Payment Solutions, LLC's Response to Plaintiff's Supplemental Brief (ECF No. 87), First Data Merchant Services

LLC's Notice of Joinder (ECF No. 89), and Defendant/Third-Party Plaintiff Shift4 Payments, LLC's Brief in Response to Plaintiff's Supplemental Brief (ECF No. 88); **IT IS HEREBY ORDERED** that Third-Party Defendants Card Payment Solutions, LLC and First Data Merchant Services LLC's Motion to Dismiss Amended Third-Party Complaint (ECF No. 60) is **DENIED**.

**IT IS FURTHER ORDERED** that the Third-Party Defendants shall file an Answer to Third-Party Plaintiff's Complaint no later than **November 30, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge